# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| LIGHTHOUSE FELLOWSHIP CHURCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. RALPH NORTHAM, in his )<br>official capacity of Governor of the )<br>Commonwealth of Virginia )<br>)<br>Defendants. ) | Case No. 2:20-cv-204-AWA-RJK |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3, Plaintiff, Lighthouse Fellowship Church, by and through the undersigned counsel, hereby notices its appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order (dkt. 16) denying Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

/s/ Daniel J. Schmid
Mathew D. Staver*
Horatio G. Mihet*
Roger K. Gannam*
Daniel J. Schmid (VA 84415)
**Attorneys for Plaintiff**
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2020, I cause a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated via this Court's ECF/electronic notification system.

/s/ Daniel J. Schmid
Mathew D. Staver*
Horatio G. Mihet*
Roger K. Gannam*
Daniel J. Schmid (VA 84415)
**Attorneys for Plaintiff**
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org

*Admitted pro hac vice