UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| LIGHTHOUSE FELLOWSHIP CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>RALPH NORTHAM, in his official capacity as Governor of the Commonwealth of Virginia,<br><br>Defendant. | Civil No. 2:20cv204 |

## **ORDER**

Pending before the Court is Plaintiff's Motion for Injunction Pending Appeal. Mot. for Injunction, ECF No. 18. The United States has filed a Statement of Interest in support of Plaintiff's Motion. Statement of Interest, ECF No. 19. Defendant has filed a Notice of Intent to file a Response to Plaintiff's Motion and the United States' Statement of Interest. Notice, ECF No. 20.

Plaintiff's Motion (ECF No. 18) is **TAKEN UNDER ADVISEMENT**. Defendant may file a response to the Motion and the Statement of Interest no later than May 7, 2020. Plaintiff may file a Reply no later than May 12, 2020. The Court will review the briefing and determine whether a hearing on the Motion is warranted.

The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

2

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

May 4, 2020
Norfolk, Virginia